**FILED**
CLERK, U.S. DISTRICT COURT

November 16, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNLIMITED PREPAID, INC., a Tennessee corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AIRVOICE WIRELESS EXPRESS, LLC, a Michigan limited liability company; AIR VOICE WIRELESS, LLC, a Michigan limited liability company,<br><br>Defendants. | **NO:2:17-CV-01409-SJO(JPRx)**<br><br>HON. S. JAMES OTERO<br><br>[~~PROPOSED~~] **JUDGMENT** |

Law Offices
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
a law corporation

WHEREAS, on May 10, 2017 the Court ordered Plaintiff Unlimited Prepaid, Inc. ("UPI") and Defendant Air Voice Wireless, LLC ("Air Voice") to mediate and arbitrate their dispute according to an arbitration clause in a written agreement between the parties (*see* Order Compelling Arbitration, ECF No. 30);

WHEREAS, on September 6, 2018, the panel overseeing this arbitration issued its final award ("Final Award") in favor of Air Voice, and awarded Air Voice its reasonable attorney's fees and costs, for a total amount of $796,056 ("Award Amount");

WHEREAS, Air Voice attempted to confirm and collect the Award Amount from UPI, and had to bring a motion to confirm the Final Award ("Motion") after UPI failed to comply with the terms of the Final Award; and

WHEREAS, on October 26, 2018, this Court issued an Order Granting Defendant's Motion to Confirm Arbitration Award ("Order"), which confirms the Final Award to Air Voice, grants Air Voice a 10% pre- and post-judgment interest rate on the Award Amount when calculating the amount that UPI owes Air Voice, and grants Air Voice's attorney's fees in connection with bringing the Motion. (*See* Order Granting Motion to Confirm, ECF No. 45.)

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. In accordance with the terms of the Order, which is attached to this Judgment as **Exhibit A**, and the Final Award, which is attached to this Judgment as **Exhibit B**, Air Voice is awarded a monetary judgment against UPI in the Award Amount of Seven Hundred Ninety-Six Thousand Fifty-Six dollars ($796,056), which is expressly made a judgment of this Court, from which execution shall issue, if necessary.

2. Because UPI delayed paying the Award Amount to Air Voice, UPI shall also pay to Air Voice pre-judgment interest on the Award Amount at the simple rate of ten percent (10%) per annum, from the date of entry of the Final

Law Offices
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
a law corporation

Award (September 6, 2018) to the date of entry of Judgment (October 31, 2018), totaling Eleven Thousand Nine Hundred Ninety-Five dollars and Thirty-Six cents ($11,995.36).

3. UPI shall pay to Air Voice the attorney's fees Air Voice incurred in connection with bringing the Motion, totaling Four Thousand Seven Hundred Fifty dollars ($4,750), for a total money judgment against UPI in the amount of **Eight Hundred Twelve Thousand Eight Hundred One dollars and Thirty-Six cents ($812,801.36).**

4. UPI shall pay to Air Voice post-judgment interest on the total of the Award Amount, applicable pre-judgment interest thereon, and attorney's fees Air Voice incurred in connection with bringing the Motion, at the simple rate of ten percent (10%) per annum, or Two Hundred Twenty-Two dollars and Sixty-Eight cents ($222.68) per day, beginning the date after entry of this Judgment (November 1, 2018) to the date of full and final payment hereunder.

5. This constitutes final judgment in the above-entitled action.

DATED: November 16, 2018     By: /s/ S. James Otero
                                 Hon. S. James Otero
                                 United States District Court